IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 19-510 T

(Judge Edward H. Meyers)

PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

ARMANDO GOMEZ
*Counsel of Record for Plaintiff*

DAVID W. FOSTER
JACLYN ROEING
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, D.C. 20005

# TABLE OF CONTENTS


| Exhibit | Description | Page |
|---|---|---|
| A | Form 720 and Form 720X (taxable quarter ending March 31, 2014) | A-1 |
| B | Form 720 and Form 720X (taxable quarter ending June 30, 2014) | A-12 |
| C | Form 720 and Form 720X (taxable quarter ending September 30, 2014) | A-23 |
| D | Form 720 and Form 720X (taxable quarter ending December 31, 2014) | A-34 |
| E | Form 720 and Form 720X (taxable quarter ending March 31, 2015) | A-47 |
| F | Form 720 and Form 720X (taxable quarter ending June 30, 2015) | A-62 |
| G | Form 720 and Form 720X (taxable quarter ending September 30, 2015) | A-74 |
| H | Form 720 and Form 720X (taxable quarter ending December 31, 2015) | A-86 |
| I | Form 720 and Form 720X (taxable quarter ending March 31, 2016) | A-98 |
| J | Form 720 and Form 720X (taxable quarter ending June 30, 2016) | A-110 |
| K | Form 720 and Form 720X (taxable quarter ending September 30, 2016) | A-122 |
| L | Form 720 and Form 720X (taxable quarter ending December 31, 2016) | A-134 |
| M | Form 720 (taxable quarter ending March 31, 2017) | A-146 |
| N | Form 720 (taxable quarter ending June 30, 2017) | A-156 |
| O | Form 720 (taxable quarter ending September 30, 2017) | A-166 |
| P | Form 720 (taxable quarter ending December 31, 2017) | A-176 |
| Q | Stephanie Eggert Deposition Transcript (September 23, 2020) | A-186 |
| R | Stephanie Eggert Deposition Transcript (September 25, 2020) | A-406 |
| S | Fax (August 30, 2012) and Letter of Registration (August 29, 2012) | A-654 |
| T | Plaintiff's Responses to Defendant's First Set of Interrogatories (May 18, 2020) | A-659 |

| Exhibit | Description | Page |
|---|---|---|
| U | Plaintiff's Responses to Defendant's Second Set of Interrogatories (July 27, 2020) | A-694 |
| V | Descriptions of Point Breeze Gasoline System and Schuylkill River Tank Farm Blending | A-707 |
| W | Philadelphia Gasoline Quality Process (last revision June 1, 2018) | A-712 |
| X | Closing Documents Related To The Supply And Offtake Agreement Between Philadelphia Energy Solutions Refining and Marketing LLC (A Joint Venture Between Sunoco, Inc. And Carlyle PES, L.L.C.) and J.P. Morgan Ventures Energy Corporation (Sept. 8, 2012) | A-719 |
| Y | First Amendment To Supply And Offtake Agreement (December 14, 2012) | A-1095 |
| Z | Second Amendment And Consent To Supply And Offtake Agreement (April 4, 2013) | A-1105 |
| AA | Third Amendment To Supply And Offtake Agreement (September 5, 2013) | A-1166 |
| BB | Fourth Amendment To Supply And Offtake Agreement (November 7, 2013) | A-1173 |
| CC | Fifth Amendment To Supply And Offtake Agreement (April 7, 2014) | A-1183 |
| DD | Sixth Amendment To Supply And Offtake Agreement (June 2, 2014) | A-1194 |
| EE | Amended And Restated Supply And Offtake Agreement dated as of October 7, 2014, among Philadelphia Energy Solutions Refining And Marketing, LLC, as PESRM, and Merrill Lynch Commodities, Inc., as MLC and The Other Transaction Partners Hereto (October 7, 2014) | A-1218 |
| FF | Bill of Lading (November 30, 2017) | A-1800 |
| GG | Shipping Document – Straight Bill of Lading (December 18, 2017) | A-1803 |
| HH | Shipping Document – Straight Bill of Lading (December 29, 2016) | A-1806 |
| II | United Pacific Railroad Bill of Lading (February 2, 2016) | A-1808 |
| JJ | Bill of Lading (September 12, 2015) | A-1811 |

| Exhibit | Description | Page |
|---|---|---|
| KK | Bill of Lading (August 18, 2015) | A-1814 |
| LL | Shipping Document – Straight Bill of Lading (December 30, 2014) | A-1817 |
| MM | Truck Delivery and Receiving Ticket (January 28, 2014) | A-1819 |
| NN | Gasoline Volatility Specification (revision date December 12, 2017) | A-1823 |
| OO | Letter from Armando Gomez on behalf of Philadelphia Energy Solutions Refining and Marketing, LLC, to Diane Williams, Internal Revenue Service (January 30, 2018) | A-1833 |
| PP | Form 720X (four taxable quarters ending in 2017) | A-1846 |