IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 19-510 T

(Judge Edward H. Meyers)

PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant's motion for judgment on the pleadings asks this Court to deny Plaintiff's claims for refund of fuel excise taxes that it paid for the four taxable quarters of the 2017 tax year. Specifically, Defendant has moved the Court to deny Plaintiff's refund claims based on tax legislation enacted at the end of 2019, which purports to change – retroactively – the tax law that applied to the 2017 tax year. Application of this legislation with nearly three years of retroactive effect would violate Plaintiff's due process rights guaranteed by the Fifth Amendment to the Constitution.

Pursuant to RCFC 56, Plaintiff files this response, and the accompanying memorandum in support, to vindicate its due process rights. Plaintiff respectfully requests that this Court deny the motion for judgment on the pleadings.

Respectfully submitted,

December 28, 2020

/s/ Armando Gomez
ARMANDO GOMEZ
Attorney of Record for Plaintiff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 371-7868
Fax: (202) 661-8284
Email: armando.gomez@skadden.com

*Of Counsel:*

/s/ David W. Foster

/s/ Jaclyn Roeing