IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 19-510 T

(Judge Edward H. Meyers)

PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

ARMANDO GOMEZ
DAVID W. FOSTER
JACLYN ROEING
Skadden, Arps, Slate, Meagher & Flom LLP

# TABLE OF CONTENTS


| Exhibit | Description | Page |
|---|---|---|
| A | Section 11113 of the Safe, Accountable, Flexible, Efficient Transportation Equity Act: A Legacy for Users, Pub. L. No. 109-59, 119 Stat. 1144, 1946–49 (2005) | A-1 |
| B | Exhibit 4 to the Declaration of Pitter A. Martinez, *U.S. Venture, Inc. v. United States*, No. 1:18-cv-01757 (E.D. Wisc. May 16, 2019), ECF No. 19-4 | A-7 |
| C | Exhibit A to the Complaint, *Vitol, Inc. v. United States*, No. 4:18-cv-02275 (S.D. Tex. July 3, 2020), ECF No. 1-1 | A-22 |
| D | U.S. Department of Treasury, 2017-2018 Priority Guidance Plan (Oct. 20, 2017) | A-29 |
| E | Revenue Ruling 2018-2, 2018-2 I.R.B. 277 | A-58 |
| F | Section 40415 of the Bipartisan Budget Act of 2018, Pub. L. No. 115-123, 132 Stat. 64, 152 | A-63 |
| G | Section 116 of the Tax Extender and Disaster Relief Act of 2019, S. 617, 116th Cong., at 11–13 (Feb. 28, 2019) | A-66 |
| H | Section 133 of the Further Consolidated Appropriations Act of 2020, Pub. L. No. 116-94, 133 Stat. 2534, 3233–34 (2019) | A-71 |
| I | Congress.gov, Actions Overview for the Further Consolidated Appropriations Act of 2020, https://www.congress.gov/bill/116th-congress/house-bill/1865/actions (last visited Dec. 28, 2020) | A-75 |
| J | Section 133 as included in the Engrossed Amendment of the Further Consolidated Appropriations Act of 2020 as Agreed to by House of Representatives, H.R. 1865 E.A.H., 1729–32 (Dec. 17, 2019) | A-77 |
| K | Joint Committee on Taxation, Estimated Budget Effects of the Revenue Provisions Contained in the House Amendment to the Senate Amendment to H.R. 1865, the Further Consolidated Appropriations Act, 2020 (Rules Committee Print 116-44) (JCX-54-19 R) (Comm. Print Dec. 17, 2019) | A-83 |

| Exhibit | Description | Page |
|---|---|---|
| L | Lydia Austin & Eric Toder, *Expiring Provisions with Perpetual Life*, 147 Tax Notes (TA) 827 (May 18, 2015) | A-92 |
| M | Excerpt of the Congressional Record, 151 Cong. Rec. S5201 (daily ed. May 16, 2005) | A-94 |
| N | Excerpt of the Conference Report of the Committee of Conference on H.R. 3, H.R. Rep. 109-203, 1118–21 (2005) (Conf. Rep.) | A-97 |
| O | Excerpt of the Report of the Committee on Ways and Means House of Representatives on H.R. 3301 together with Dissenting Views, H.R. Rep. No. 116-379, at 60–63 (2019) | A-103 |