IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 19-510 T

(Judge Edward H. Meyers)

PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

**APPENDIX OF EXHIBITS TO DEFENDANT'S SUMMARY JUDGMENT MEMORANDUM**

# INDEX OF EXHIBITS

***Philadelphia Energy Solutions Documents***

Ex. 1 PES Website, *Refining Process.* www.pes-companies.com/refining-complex/refining-process (cached at www.archive.org, from Nov. 5, 2016)

Ex. 2 PES Website, *About.* www.pes-companies.com/about (cached at www.archive.org, from Nov. 5, 2016)

Ex. 3 PES, Butane Continuous Improvement Team: Final Report, December 20, 2013.

Ex. 4 PES, Gasoline Blending, October 2017.

Ex. 5 IRS Form 637, signed by PES on August 6, 2012.

Ex. 6 IRS Form 637, blank, October 2017 revision.

Ex. 7 IRS Form 637, signed by PES on April 25, 2017.

Ex. 8 PES, Email from Gregory Gatta to Tim Rens, July 18, 2017.

Ex. 9 Letter from IRS to PES, September 15, 2017.

Ex. 10 Letter from IRS to PES, November 17, 2017.

Ex. 11 PES, Production Book, November 2014.

Ex. 12 PES Website, *Products & Services*. www.pes-companies.com/products-services (cached at www.archive.org, from Nov. 5, 2016)

Ex. 13 PES Response to Defendant's Request for Production No. 45

Ex. 14 PES, Manufacturing Specifications, Commercial Propane, HD-5 Propane & Export Propane.

Ex. 15 PES, SLT Strategic Session, September 23, 2015.

Ex. 16 Excerpts, Testing Data for Six PES "Butane" Streams.

Ex. 17 Deposition Corrections, Stephanie Eggert, Sept. 23, 2020.

Ex. 18 Deposition Corrections, RCFC 30(b)(6) of PES, Sept. 25, 2020.

***Industrial and Technical Documents***

Ex. 19 Chemistry: Atoms First 2e, "Organic Chemistry," ch. 21 (OpenStax 2019).
https://openstax.org/books/chemistry-atoms-first-2e/pages/21-1-hydrocarbons

Ex. 20 Encyclopedia Britannica, *Petroleum* (Aug. 12, 2019).
https://www.britannica.com/print/article/454269

Ex. 21 Excerpts. Energy Information Admin., Dep't of Energy, *Glossary.*
https://www.eia.gov/tools/glossary/

Ex. 22 Excerpts, William L. Leffler, Natural Gas Liquids: A Nontechnical Guide (2014).

Ex. 23 Excerpts, William L. Leffler, Petroleum Refining in Nontechnical Language (4th ed. 2008).

Ex. 24 Alternative Fuels Data Center, Dep't of Energy, *Propane Vehicles.*
https://afdc.energy.gov/vehicles/propane.html

Ex. 25 Energy Information Administration, Dep't of Energy, *Hydrocarbon gas liquids explained, Uses of hydrocarbon gas liquids.*
https://www.eia.gov/energyexplained/hydrocarbon-gas-liquids/uses-of-hydrocarbon-gas-liquids.php

Ex. 26 Excerpts, Nat'l Propane Gas Ass'n, An Assessment of Propane as an Alternative Transportation Fuel in the United States, at 2 (June 1989).

Ex. 27 Oak Ridge Nat'l Labs. Data Transp. Energy Data Book, Table B.4, Heat Content for Various Fuels (Edition 32) (2013).

Ex. 28 Energy Information Administration, Dep't of Energy, FAQs, *What is the Difference Between Crude Oil, Petroleum Products, and Petroleum?*
https://www.eia.gov/tools/faqs/faq.php?id=40&t=6

Ex. 29 Alternative Fuels Data Center, Dep't of Energy, *Propane Fuel Basics.*
https://afdc.energy.gov/fuels/propane_basics.html

Ex. 30 Energy Information Administration, Dep't of Energy, *Alternatives to Traditional Transportation Fuels: An Overview*, 53 (1994).

Ex. 31 Office of Energy Efficiency & Renewable Energy, Dep't of Energy, www.fueleconomy.gov, *Alternative Fuels*; *Propane: Liquefied Petroleum Gas (LPG).*
https://www.fueleconomy.gov/feg/current.shtml
https://www.fueleconomy.gov/feg/lpg.shtml

Ex. 32 Office of Energy Efficiency & Renewable Energy, Dep't of Energy, *State & Alternative Fuel Provider Fleets: Key Transportation Terminology.*
https://epact.energy.gov/key-terms

Ex. 33 Excerpts, Oak Ridge National Laboratory, Dep't of Energy, History of Significant Vehicle and Fuel Introductions in the United States, (2017).

Ex. 34 Mary Joyce, Energy Information Administration, *Developments in U.S. Alternative Fuel Markets* (2000).
https://www.eia.gov/renewable/alternativefuels/issues_trends/altfuelmarkets.html#N_1_

Ex. 35 Energy Information Administration, Dep't of Energy, *Alternative Fuel Vehicle Data: Definitions, Sources and Explanatory Notes* (2019).
https://www.eia.gov/renewable/afv/downloads/Defs%20Sources%20Notes%202019.pdf

Ex. 36 U.S. Dep't of Trans., *Fuels and Vehicle Technology.*
https://www.transportation.gov/sustainability/climate/fuels-and-vehicle-technology

Ex. 37 Campbell, Wyszynski & Stone, Combustion of LPG in a Spark-Ignition Engine, SAE Technical Paper 2004-01-0974 (2004).

Ex. 38 Rengarajan, et al., *LPG Direct Injection Engine for Medium Duty Trucks*, SAE Technical Paper 2020-01-5008 (2020).

Ex. 39 ASTM International, D1835, Standard Specification for Liquefied Petroleum (LP) Gases.

Ex. 40 Gas Processors Ass'n, GPA 2140, Standard for Liquid Petroleum Gas Specifications and Test Methods.

***<u>Courtesy Copies of Certain Legislative and Administrative Documents and Other Authorities</u>***

| | |
|---|---|
| Ex. 41 | Excerpts, H.R. Rep. 116-379 (2020) |
| Ex. 42 | 165 Cong. Rec. S7185 (daily ed. Dec. 19, 2019) |
| Ex. 43 | Joint Comm. on Tax'n, Nov. 20, 2019 Memorandum. |
| Ex. 44 | Revenue Ruling 2018-2, 2018-2 I.R.B. 277 (2018) |
| Ex. 45 | Further Consolidated Appropriations Act, 2020, P.L. No. 116-94, § 133(b)(1), 133 Stat. 2534, 3233–34 (2019) |
| Ex. 46 | *Valero Marketing & Supply Co. v. United States*, No. 5:19-cv-328, Dkt. 38 (W.D. Tex. July 31, 2020) |
| Ex. 47 | Excerpts, H.R. Rep. 109-203 (2005) (Conf. Rep.) |
| Ex. 48 | Treas. Reg. § 48.4041-8(f)(1) & (2) |
| Ex. 49 | Rev. Rul. 88-70, 1988-2 C.B. 338 (1988) |
| Ex. 50 | Treas. Reg. § 48.4081-1(c)(3)(i)(B) |
| Ex. 51 | Notice 2006-92, 2006-2 C.B. 774 (2006) |
| Ex. 52 | American Heritage College Dictionary at 892 (4th ed. 2002) |
| Ex. 53 | Random House College Dictionary at 856 (rev. ed. 1982) |
| Ex. 54 | American Heritage Dictionary at 54 (4th ed. 2000) |
| Ex. 55 | Excerpts, S. Rep. 109-82 (2005) |
| Ex. 56 | Excerpts, S. Rep. 105-33 (1997) |
| Ex. 57 | Excerpts, H.R. Rep. 105-220 at 444 (1997) (Conf. Rep.) |