IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 19-510 T

(Judge Edward H. Meyers)

PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Under the plain language of 26 U.S.C. § 6426(e), butane is a liquefied petroleum gas and, therefore, an "alternative fuel" for purposes of the alternative fuel mixture credit. Defendant asks the Court to ignore this plain language and to import into section 6426(e) different definitions of "alternative fuel" from other sections of the Internal Revenue Code and agency guidance that serve a different purpose. Pursuant to RCFC 56, Plaintiff files this reply in support of its motion for partial summary judgment and in response to Defendant's cross-motion for summary judgment.

For the reasons set forth in the accompanying memorandum of law, Plaintiff respectfully requests that the Court grant Plaintiff's motion for partial summary judgment that butane is a liquefied petroleum gas and, therefore, an "alternative fuel" for purposes of the alternative fuel mixture credit. Plaintiff also respectfully requests that the Court deny Defendant's cross-motion for summary judgment because a genuine issue of material fact exists regarding the amount of

butane, an "alternative fuel," that Plaintiff used to create the alternative fuel mixture for which it claims credit under section 6426(e).

Respectfully submitted,

January 28, 2021

/s/ Armando Gomez
ARMANDO GOMEZ
Attorney of Record for Plaintiff
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 371-7868
Fax: (202) 661-8284
Email: armando.gomez@skadden.com

*Of Counsel:*

/s/ David W. Foster

/s/ Jaclyn Roeing