IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 19-510 T

(Judge Edward H. Meyers)

PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

ARMANDO GOMEZ
DAVID W. FOSTER
JACLYN ROEING
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, D.C. 20005

**TABLE OF CONTENTS**


| Exhibit | Description | Page |
|---|---|---|
| QQ | A. Demirbas, *Converting Biomass Derived Synthetic Gas to Fuels via Fisher-Tropsch Synthesis*, Energy Sources, Part A, 29, 1507 (2007) | AA-1 |
| RR | A. Yu. Krylova, *Fischer-Tropsch Synthesis Catalysts as the Core of the Strategy for Obtaining Synthetic Liquid Fuels*, 53 Kinetics and Catalysis 742 (2012) | AA-8 |
| SS | 25 Fed. Reg. 11,201, 11,220 (Nov. 26, 1960) | AA-14 |
| TT | H.R. Rep. No. 109-203 (2005) (Conf. Rep.) (Excerpt) | AA-21 |
| UU | Staff of the Joint Comm. on Taxation, 111th Cong., Present Law Energy-Related Tax Provisions and Proposed Modifications Contained in the President's Fiscal Year 2011 Budget (JCX-23-10) (Comm. Print 2010) (Excerpt) | AA-41 |
| VV | Staff of the Joint Comm. on Taxation, 112th Cong., General Explanation of Tax Legislation Enacted in the 111th Congress (JCS-2-11) (Comm. Print 2011) (Excerpt) | AA-51 |
| WW | Staff of the Joint Comm. on Taxation, 115th Cong., Federal Tax Provisions Expired in 2017 (JCX-5-18) (Comm. Print 2018) (Excerpt) | AA-57 |
| XX | Staff of the Joint Comm. on Taxation, 116th Cong., Federal Tax Provisions Expired in 2017 and 2018 and Expiring in 2019 (JCX-8-19) (Comm. Print 2019) (Excerpt) | AA-61 |
| YY | U.S. Dep't Treas., Policy Statement on the Tax Regulatory Process (Mar. 5, 2019) | AA-65 |
| ZZ | Marie Sapirie, *ABA Section of Taxation Meeting: DOJ Won't Push* Chevron *Deference for Revenue Rulings*, 131 Tax Notes (TA) 674, 674 (May 16, 2011) | AA-69 |
| AAA | JuWan Kang, *The Overview on Korean Autogas Market* (Dec. 3, 2012), *available at* https://www.wlpga.org/wp-content/uploads/2012/12/Mr_Kang_-_The_overview_on_Korean_Autogas_Market.pdf (Excerpt) | AA-72 |
| BBB | Austl. Dep't of the Env't, Water, Heritage, and the Arts, *Review of LPG (Autogas) Fuel Quality Standard Draft Discussion Paper* (Jan. 2010) (Excerpt) | AA-77 |
| CCC | Stefan Unnasch & Love Goyal, *Life Cycle Analysis of LPG Transportation Fuels under the Californian LCFS* (Oct. 24, 2017) (Excerpt) | AA-80 |
| DDD | Michael E. Payne et al., *Use of Butane as an Alternative Fuel—Emissions from a Conversion Vehicle Using Various Blends* (Oct. 1995) (Excerpt) | AA-84 |
| EEE | Staff of the Joint Comm. on Taxation, 114th Cong., General Explanation of Tax Legislation Enacted in 2015 (JCS-1-16) (Comm. Print 2016) (Excerpt) | AA-88 |
| FFF | Staff of the Joint Comm. on Taxation, 109th Cong., Description of the "Energy Policy Tax Incentives Act of 2005" (JCX-44-05) (Comm. Print 2005) (Excerpt) | AA-97 |

| Exhibit | Description | Page |
|---|---|---|
| GGG | Staff of the Joint Comm. on Taxation, 110th Cong., General Explanation of Tax Legislation Enacted in the 109th Congress (JCS-1-07) (Comm. Print 2007) (Excerpt) | AA-102 |
| HHH | Staff of the Joint Comm. on Taxation, 114th Cong., Description of the Chairman's Mark of a Proposal to Convert the Tax on Liquefied Natural Gas and Liquefied Petroleum Gas to an Energy Equivalent Basis (JCX-32-15) (Comm. Print 2015) (Excerpt) | AA-116 |
| III | Staff of the Joint Comm. on Taxation, 114th Cong., Description of the Chairman's Modification to the Chairman's Mark of a Bill to Extend Certain Expired Tax Provisions (JCX-103-15) (Comm. Print 2015) (Excerpt) | AA-121 |
| JJJ | 151 Cong. Rec. S5201 (daily ed. May 16, 2005) | AA-126 |
| KKK | Chuck Grassley, *Grassley Signals Intent to Push for PPP Loan Expense Deductions*, 2020 Tax Notes Today 244-36 (Dec. 21, 2020) | AA-129 |
| LLL | Small Business Protection Act of 2020, S. 3612, 116th Cong. | AA-132 |
| MMM | Cornyn et al., *Senators Announce Bill to Protect PPP Borrower Deductions*, 2020 Tax Notes Today 89-21 (May 7, 2020) | AA-135 |
| NNN | I.R.S., IR-News Rel. 2021-04, Eligible Paycheck Protection Program expenses now deductible (Jan. 6, 2021) | AA-138 |
| OOO | 2014 Gasoline Blend Report Spreadsheet, January tab | AA-140 |
| PPP | Gasoline Blend Report (Jan. 1, 2014) | AA-142 |
| QQQ | I.R.S. C.C.A. 201315018 (Apr. 12, 2013) | AA-144 |