# NATURAL GAS LIQUIDS

## A NONTECHNICAL GUIDE

WILLIAM L. LEFFLER

PennWell®

## Disclaimer

The recommendations, advice, descriptions, and the methods in this book are presented solely for educational purposes. The author and publisher assume no liability whatsoever for any loss or damage that results from the use of any of the material in this book. Use of the material in this book is solely at the risk of the user.

Copyright© 2014 by
PennWell Corporation
1421 South Sheridan Road
Tulsa, Oklahoma 74112–6600 USA

800.752.9764
+1.918.831.9421
sales@pennwell.com
www.pennwellbooks.com
www.pennwell.com

Marketing Manager: Sarah DeVos
National Account Executive: Barbara McGee

Director: Mary McGee
Managing Editor: Stephen Hill
Production Manager: Sheila Brock
Production Editor: Tony Quinn
Book Designer: Susan E. Ormston
Cover Designer: Karla Womack

Library of Congress Cataloging-in-Publication Data

Leffler, William L.
Natural gas liquids : a nontechnical guide / William L. Leffler.
pages cm
Includes index.
ISBN 978-1-59370-324-0
1. Liquefied natural gas. 2. Gas as fuel. 3. Liquefied natural gas industry. I. Title.
TP761.L5L38 2014
665.7'73--dc23
2014013639

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transcribed in any form or by any means, electronic or mechanical, including photocopying and recording, without the prior written permission of the publisher.

Printed in the United States of America

2 3 4 5 18 17 16 15

of the petrochemical industry and the development of transportation technologies lent more stature to the liquids crowd. More recently, the burgeoning supply around the world has put NGLs high on business agendas. The logistics of natural gas and NGLs has become focused enough that it has taken on its own *persona* as part of the midstream, which includes the pipelines, trading, storage, and other operations that fit in between the upstream and downstream.

## The Value Chain

The NGLs—ethane, propane, butane, and natural gasoline—come from natural gas wells or from associated gas from oil wells. In either case, the gas streams are separated from oil at the well site. (At a gas well, the oily fluid is called condensate; at an oil well, it is called crude oil.) The gas then typically goes to a gas plant. Gas plants clean up contaminants in the gas and NGLs; they separate NGLs from the natural gas; and fractionators separate the NGLs from each other. The various NGLs, each meeting its own specification, move into several shared markets: refining and petrochemical feedstocks and burner tip and internal combustion fuels.

Starting at the middle of the value chain, shown in figure 1–1, presents the easiest way to learn about the individual NGLs without getting into a lot of chemistry or physics, which will happen later. The more familiar names are there.




Fig. 1–1. NGLs value chain

work to change the chemical
de oil. The heat and pressure in
ucts, including propane and the
most refineries have their own
butanes. They sell the propane

S

igins of the NGLs. The stream
between 80% and 100% gaseous
either vapor or liquid.) So at the
r, which is more or less just a big
ial, so-called wet gas or rich gas.
ddle comes oily material called
or comes water.

te

e of confusion in the industry.
condensed—turned from vapor
that can be best described as a
ing heavier than diesel fuel-like
material natural gasoline. Most
ne comes from a gas plant. In the
polene. In any event, producing,
ess worldwide, but in this book it

ne vapor stream coming from the
ell, it could have between as little
es the stream goes to a gas plant

s

dissolved in the crude oil coming
more than can be dissolved, called
rvoir come thousands of feet up
e will have dropped considerably.
o to a field separator. Due to the
NGLs together spring from the oil.
as the gas well gas does.



## Gas Plants

Gas plants perform two important functions, treatment and separation. Since natural gas coming out of the ground has contaminants with it (hydrogen sulfide, water vapor, carbon dioxide, etc.), the *conditioning* part of the plant takes care of those. In the separation part of the gas plant, what is generally thought of as natural gas, mostly methane is separated from some or almost all the NGLs, so the outturn of a gas plant is a stream of mixed NGLs and one of natural gas.

## Fractionators

Fractionators separate NGLs from each other and make them available to the various markets. Fractionators can be located at the gas plant, or the mixture of the NGLs can move some distance, up to hundreds of miles away, to a fractionator. The mixture moving in a pipeline is called Y-grade (sometimes *raw make*).

## But Wait! There's More

The definition of NGLs should be clear enough now—ethane, propane, the two butanes, and natural gasoline. But other, similar-sounding names and abbreviations come out of the oil patch.

**LPG (liquefied petroleum gas).** In the United States, LPG means propane meeting market specifications. In many parts of the world, LPG includes both propane and butane. Butane can be used separately as LPG as long as the temperature stays above 32°F. Below that, butane may not vaporize sufficiently to get to the burner tip or the engine as a gas.

Some people differentiate LPG from NGLs by their origin: LPG from refineries, and NGLs from gas plants. But a customer buying LPG (propane) for heating a house or for fueling an outdoor grill really does not care where the propane originated, whether a refinery or a gas plant.

**LNG (liquefied natural gas).** This is a completely different commodity. LNG is natural gas, 95%–98% methane, refrigerated to −165°F to turn it from vapor to liquid. With a reduction in volume by a factor of 600, LNG can then be transported across the sea by tanker or can be stored locally in steel tanks (still chilled to −165°F) for use during short periods of very high local natural gas demand (peak shaving). To get the LNG into a natural gas pipeline distribution system, it has to be turned back into vapor by heating.

;. When you read the annual
: the glossy pages of write-ups
ı the back, usually printed on
re the production numbers for

a unique mixture of light oils
·osene, jet fuel, diesel fuel, or
dustrial fuel oils and asphalt.)
:all it light, medium, or heavy
crude oil is measured by °API
, called degrees API) as follows:

y higher than 31.1°API.
ıetween 22.3 and 31.1°API.
ity below 22.3°API.
ty below 10.0°API.

le oil into different fractions,
:d products.

).0°API.

ate comes from the separator at
ent gas fields vary considerably,
.ight crude oil, having little or
:raders take a close look at the
scription of the properties, to
;uitable for their use.

market has quite a few entities
nd usefulness as the NGLs make
)cessors, refiners, petrochemical
cover them all.



# A Short History of the NGL Business

*Beginning is easy. Continuing is hard.*

Japanese proverb

"The available supply of gasoline, as is well known, is quite limited, and it behooves the farseeing men of the motor car industry to look for likely substitutes" (article in *The Horseless Age*, December 13, 1905).

"The world's total endowment of oil amounts to 60 billion barrels" (U.S. Geologic Survey, May 1920).

"The Stone Age did not end for lack of stone, and the Oil Age will end long before the world runs out of oil" (Sheikh Zaki Yamani, Oil Minister of Saudi Arabia during the 1970s).

"The USGS estimates that the mean undiscovered, conventional reserve additions in the world total 665 billion barrels of oil, 1,429 trillion cubic feet of natural gas, and 16 billion barrels of natural gas liquids" (U.S. Geologic Survey, June 2012).

Colonel Edwin Drake kicked off the oil and gas industry when he drilled his well in Titusville, Pennsylvania, in 1859. For the first 35 years the demand for lamp oil (kerosene) buoyed the growth of oil. But by 1890 people began to use light bulbs instead of lanterns, and oil's future turned uncertain. Then came the automobile. Up to that time, all that white stuff—gasoline and natural gas liquids—was considered a waste product. Most producers left the "wild" material, sometimes called fizz gas, greased oil, wet gas, or overhead

Case 1:19-cv-00510-EHM Document 63-2 Filed 02/22/21 Page 6 of 16



reflux, in storage pits or open tanks to allow it to evaporate. Environmental concern was not high on the agenda in those days.

## Early Market Development

By 1910 over 469,000 motor vehicles rode the American roads. The number doubled every two years for a while. Scores of automobile manufacturers proliferated (fig. 2–1). The demand for motor gasoline had grown way past the lamp oil demands. The rudimentary car engines were not particularly choosy about fuel. Oil refineries distilled a fraction of gasoline from crude oil that ran, well, well enough.




Fig. 2–1. Advertisement for a 1910 Ford Model T

The birth of the natural gas liquid (NGL) industry probably happened in 1910. Natural gas producers noticed that some of the condensate that came along with processing their product seemed to work reasonably well in the cars of the day. In their condensate plants, they compressed natural gas to pipeline pressures. Any oil in the gas plus a little propane and butane and almost all of what is now called a natural gasoline dropped out of the liquid as the pressures increased.

In the United States, German chemist Herman Blau patented a process for capturing some of the volatile gases, propane and butane, but it also included some heavier, oily materials in the gasoline range as well. The patent also covered storing the liquids in metal bottles. Nine different companies started up in the United States to sell Blaugas along with the expensive apparatus necessary to vaporize the gas, especially the heavy ends. Blaugas turned out

t to evaporate. Environmental
lays.

lopment

e American roads. The number
of automobile manufacturers
: gasoline had grown way past
engines were not particularly
:tion of gasoline from crude oil




industry probably happened in
ne of the condensate that came
to work reasonably well in the
:hey compressed natural gas to
. little propane and butane and
;oline dropped out of the liquid

man Blau patented a process for
and butane, but it also included
range as well. The patent also
Nine different companies started
g with the expensive apparatus
heavy ends. Blaugas turned out



to be a technical success and a commercial failure. The limited customer enthusiasm for the front-end investment just for cooking and lighting led quickly to the venture's collapse.

In 1910 Dr. Walter Snelling, then a scientist at the U.S. Geological Survey, built his prototype still, separated propane and butane from condensate, collected it in metal cylinders, and earned the everlasting title, "the father of propane" (fig. 2–2).



Fig. 2–2. Dr. Walter Snelling. His early work earned him the title, "the father of propane."

That same year, cousins Arthur and Chester Kerr had already built 20 plants around western Pennsylvania to make natural gas suitable for sale. The facilities included compression facilities that condensed the oily constituents of the natural gas, giving a volatile product sometimes called condensate, natural gasoline, drip gas, or even dripolene.

An interview reported in the Butane–Propane News in 1962 relates Arthur Kerr's experience. "The gasoline obtained from these plans was an ornery, volatile product. I tried to pass them (propane and butane) onto the

Case 1:19-cv-00510-EHM Document 63-2 Filed 02/22/21 Page 8 of 16



gasoline trade but they boiled out of the liquid whether it was in storage, in transit, or in use and splashed red ink over our ledger. A daily loss of 1,400 gallons at that time amounted to $150, and no Scotsman could overlook that."

Kerr set about to separate out the propane and butane. He built a still that resembles something that a bootleg whiskey maker might have used, with coils, coolers, and kettles. He managed to separate the natural gasoline from the butane/propane mix, compress the volatile gases into a liquid, and store them in metal cylinders. With some marketing effort, he sold them to residential users for cooking and lighting.

Kerr's staff members were more shade-tree mechanics than engineers, and that led to more than a few incidents. In one case, a high-pressure liquid butane line burst, spewing ice cold vapor and freezing an operator to death. (This may actually have been the first of a series. Since then, notorious and inadvertent severing of buried liquefied petroleum gas (LPG) pipelines by excavation operators has had the same result.)

An interview by an *Indianapolis Star* reporter in 1912 tried to explain Snelling's technique:

> The natural gas is compressed and cooled and the heavy fractions which condense are separated. The lighter fractions are next condensed and are forced under pressure into a vessel called a "rectifier," where they come in contact with coils of superheated steam and are completely vaporized. The gas is then passed through a series of coils, and is heated [sic] to a lower temperature than the previous one, and these coils separate the gas into a series of products . . . to which the names "ethane," "propane," and "butane" have been given.

As sophisticated as this sounds, Snelling made the rig from an old hot water heater and parts scrounged from the laboratory at the U.S. Geological Survey laboratory.

The reporter got it almost right, but regardless, Snelling was so excited about his process that he patented it and began looking for commercial opportunities. Around the same time, Frank P. Peterson patented another piece of technology, liquefying propane and butane by refrigeration. Crude as it was, he packed ice around the coils of the vapor on its way to metal cylinders.

In 1911 Snelling joined the Kerr brothers to found American Gasol Company. In 1912, they had their first real customer, John Gahring, who allowed them to install a system to light the lamps in his house and fuel a gas stove. Recognizing the potential, only two years later, E. W. DeBower, the founder of LaSalle, America's most successful home study program, bought American Gasol for $50,000.

id whether it was in storage, in ›ur ledger. A daily loss of 1,400 Scotsman could overlook that."

ne and butane. He built a still ıiskey maker might have used, to separate the natural gasoline volatile gases into a liquid, and arketing effort, he sold them to

ree mechanics than engineers, one case, a high-pressure liquid 1 freezing an operator to death. ›ries. Since then, notorious and roleum gas (LPG) pipelines by :.)

porter in 1912 tried to explain

ɔled and the heavy fractions lighter fractions are next ssure into a vessel called a ith coils of superheated steam s then passed through a series ›mperature than the previous to a series of products . . . to ıd "butane" have been given.

; made the rig from an old hot aboratory at the U.S. Geological

ardless, Snelling was so excited began looking for commercial k P. Peterson patented another and butane by refrigeration. coils of the vapor on its way to

ıers to found American Gasol l customer, John Gahring, who amps in his house and fuel a gas years later, E. W. DeBower, the ul home study program, bought



Unhappy with this turn of events, Snelling moved to Oklahoma and opened his own business. He bought condensate, distilled off the propane and butane, put them in iron cylinders, and sold what would later be called bottled gas or LPG, mostly for residential cooking and water heaters. A few customers used it for heating to supplement coal- or wood-burning furnaces. Alas, unable to shake off his bureaucratic tendencies, Snelling's business soon failed. He sold his patent to a local wildcatter, Frank Phillips, and he returned to the Bureau of Mines. But the LPG business had been hatched.

Arthur Kerr had not given up. In 1925 he moved to California and devised a simple mechanical system for use in rural heating and cooking. Success was boosted by assistance from Shell Oil Company, which quickly introduced their propane–propylene gas, Shellane, and Standard Oil Company of California (later Chevron), which marketed propane as Flamo. Soon Sun Oil Company introduced Solgas, propane recovered from its refining operations.

## Calamity

Not much later, disaster in the drip gas business actually invigorated LPG. Few people had been paying enough attention to the hazards of drip gas and its dissolved propane and butane content. After all, it worked well enough in car engines. On a hot, 1915 summer afternoon in Ardmore, Oklahoma, a parked tank car of drip gas heated up enough to pop the pressure relief valve, whistling and spewing volatile gases. In a hapless attempt to deal with the issue, a railroad worker opened the fill valves of the tank to relieve the pressure, trying to avoid having the tank car explode. On that still day, propane and butane vapors saturated the adjoining area at ground level. Soon they reached an ignition source and an explosion leveled the town, killing 47 and injuring 500 people.

Gasoline makers quickly condemned the use of drip gas for motor fuel. By 1921 natural gas producers organized the Association of Natural Gasoline Manufacturers. (By that time, they smartly had purged the term *drip gasoline* from their lexicon.) They created new specifications for natural gasoline that limited the volatility. That forced all the unstable natural gasoline out of the automobile fuel market, but into the market came the culprits, propane and butane, sold again in cylinders for heating, cooking, lighting, and even blowtorches.

The development of novel ways to capture these increasingly popular gases, propane and butane, set the engineers to work. By applying the refrigeration principles of Frank Peterson, NGL recovery increased rapidly in the middle part of the 20th century. That fortuitously coincided with the extension of natural gas pipelines into the Midwest, where cold weather led

Case 1:19-cv-00510-EHM Document 63-2 Filed 02/22/21 Page 10 of 16



to condensation of the NGLs, leaving slugs of liquid in the pipes (fig. 2–3). The introduction of lean oil technology first made ethane a marketable commodity, just in time for the nascent petrochemicals market to begin looking for cheap feedstock. Toward the latter part of the century, cryogenic turboexpander technology arrived just in time to feed ethylene plant growth and to keep natural gas pipelines that reached into the Northeast free of condensed liquids.




Fig. 2–3. The impact of technology on NGL recovery and dew points. New gas plant designs aided both NGL sales opportunities and the ability of natural gas pipelines to control condensation in their pipes, as measured by the natural gas dew point.

During the 1920s propane and butane marketers began to penetrate the agricultural market. First, they convinced farmers to convert tractors from gasoline to propane and butane. They had to overcome technical hurdles like seal integrity, valves searing, varying compression ratios, and carburetor stability. Second, they promoted propane and butane in crop drying, which proved easier. The clean-burning feature and lower prices per gallon made them an attractive alternative to kerosene.

Town gas pipeline distribution systems were a legacy of the 19th century in scores of cities around the United States and in advanced countries as well. The advent of cheap butane pushed town gas, which was made from coal, out of the picture. By 1931, butane/air mixtures had replaced town gas in 123 U.S. cities.

At about the same time, a Union Carbide chemist, George Curme, while trying to make acetylene from ethane, inadvertently made ethylene,

of liquid in the pipes (fig. 2–3).
irst made ethane a marketable
›etrochemicals market to begin
:er part of the century, cryogenic
ne to feed ethylene plant growth
:hed into the Northeast free of




:overy and dew points. New gas
:ies and the ability of natural gas
;, as measured by the natural gas

ıarketers began to penetrate the
:armers to convert tractors from
l to overcome technical hurdles
mpression ratios, and carburetor
nd butane in crop drying, which
nd lower prices per gallon made

were a legacy of the 19th century
es and in advanced countries as
:own gas, which was made from
· mixtures had replaced town gas

ırbide chemist, George Curme,
ıe, inadvertently made ethylene,



today's largest volume petrochemical. (Acetylene was being used primarily as industrial cutting torch fuel.) This unexpected outcome made so much ethylene (and so little acetylene) that he turned his attention to finding uses for this opportune molecule. His first accomplishment was another blunder, making ethylene glycol while trying to make mustard gas, the poison gas being used in World War I. Based on all this serendipity, Union Carbide built an ethane cracker near the natural gas fields of West Virginia in 1920 to make ethylene in large quantities. That started the modern petrochemical industry. Shortly after came processes that produced polyvinyl acetate, ethyl alcohol (to the chagrin of contemporary prohibitionists), epoxies, polyethylene, and polyurethane, as well as an increasing demand for ethane and propane as feedstocks for ethylene plants.

## More Calamity

The designers of the Hindenburg zeppelin thought they had a clever idea for international travel and demonstrated it on passenger airship trips between South America and the United States. They filled the bladders inside the zeppelin with hydrogen for buoyancy and ran the engines on butane. The energy content of butane per pound beat most other heavier fuels, even though it had to be stored in iron cylinders. Well, everyone knows what happened to the Hindenburg in 1937. Whether the butane fuel or the hydrogen had anything to do with the fire remains a contentious issue, but travel by any butane-fueled zeppelins abruptly came to an end.

> Ironically, the Hindenburg disaster made way for the use of LPG as a domestic fuel. The collapse of the aviation fuel market left thousands of pressurized bottles dormant around the world. In Rio de Janeiro, for example, Ernest Igal bought 6,000 of them and promoted butane as a cooking fuel to replace wood. By 1950 his company, Ultragaz, one of the world's largest LPG distributors, had 70,000 customers.

In 1937 a tragedy occurred in New London, Texas, when a natural gas explosion in a primary school killed 295 students and teachers (fig. 2–4). No one had detected the odorless gas leak in the basement. Researchers at the Bureau of Mines immediately accelerated their efforts to develop an odorant that would make leaking gas easily detectable. They found that no single odorant was perfect. People with colds and others who could not smell at all did not notice certain odors. Phillips Petroleum and Standard oil of California had already started to add odorant to their natural gas and LPG,

Case 1:19-cv-00510-EHM Document 63-2 Filed 02/22/21 Page 12 of 16



jumping in before the Bureau of Mines issued its choice. They found good results with ethyl mercaptan, something the *Guinness World Book of Records* later called the smelliest substance on earth. The Bureau of Mines Pamphlet 58 set it as the U.S. standard in 1932, recommending the odorant at 1 pound per 10,000 gallons.



Fig. 2–4. New London schoolhouse after the 1937 natural gas explosion

Until World War II, some LPG dealers marketed propane, some butane, and some blends of the two. During World War II, the U.S. government requisitioned as much isobutane as it could in an effort to support the manufacture of aviation gasoline. The isobutane was used in a refinery process called alkylation, which produced a high-octane gasoline-blending component. Similarly, they set aside normal butane for a process that converted it to butadiene, a feedstock for making synthetic rubber, a commodity also in high demand during the war.

At the same time, the government rationed motor gasoline, and so farmers turned increasingly to LPG to fuel their tractors. Later, increasing demand for butane for gasoline blending gradually phased most of the butane out of the U.S. LPG market by the 1950s, effectively making the terms *LPG* and *propane* interchangeable.

ued its choice. They found good
: *Guinness World Book of Records*
ı. The Bureau of Mines Pamphlet
.mending the odorant at 1 pound



937 natural gas explosion

marketed propane, some butane,
:ld War II, the U.S. government
ıuld in an effort to support the
obutane was used in a refinery
a high-octane gasoline-blending
rmal butane for a process that
for making synthetic rubber, a
: war.

ed motor gasoline, and so farmers
actors. Later, increasing demand
' phased most of the butane out
tively making the terms *LPG* and



## Developing the Logistics

The introduction of pressurized LPG railcars in the 1930s spawned depots and bottling plant networks nationwide. Still, even as late as the 1950s, LPG retailers delivered their product in 100-pound cylinders, often off the back of pickup trucks. In 1960, Phillips 66's subsidiary, Philgas, built the first LPG bobtail, a medium-sized truck, with a large pressurized tank (fig. 2–5). Together with 500- to 5,000-gallon storage tanks placed at residential, commercial, and industrial sites, it allowed longer, more reliable reach and increased sales, with markets expanding from New England to the Pacific coast states.



Fig. 2–5. A vintage propane bobtail. This truck from about 1950 delivered both bottled gas and bulk propane.

In the late 1950s seamless pipeline technology had developed well enough that propane lines started reaching to distant markets in the U.S.–Mid-America pipeline to Minnesota, the Texas Eastern pipeline to New York, and the Dixie pipeline to Georgia—and points along the way. Ethane pipelines connected petrochemical plants to underground storage. Mixed gas liquids traveled by pipeline from Midland, Texas, and Cushing, Oklahoma, to Mont Belvieu, Texas, to be fractionated.

In 1927 three NGL businessmen, two from Phillips and one from Suburban Propane had organized the National Bottled Gas Association. By the choice of name, their foresight was somewhat limited. Eleven years later, more visionary members voted to change the name to the National Liquefied Petroleum Gas Association (NLPGA). However, it was not until 1987 that

the bewilderingly lethargic NLPGA got around to changing its name to the National Propane Gas Association (NPGA). That late change occurred despite the fact that almost all butane had long been diverted from LPG, leaving only propane, and evidence such as the Chicago Transit Authority in 1950 ordering 1,000 propane-fueled buses and Milwaukee converting their 270 buses from gasoline to propane.

### Underground storage

Expanding propane markets always presented another problem—the demand peaked in the winter and troughed in the summer months, but production remained flat year-round. Along came the flamboyant Garrison Haynes "Smokey" Billue, a sometime cowboy and gas plant operator. Around 1950 he noticed that many wells drilled in the in the West Texas area encountered thick layers of salt on the way to target. He reasoned that a cavity leached out of the salt could handle large volumes of propane in the summer, awaiting the winter demand. He convinced a few friends and possibly Phillips 66 to underwrite the first storage cavern, a 30,000-barrel cavity in the West Texas salt. Unfortunately for Smokey, he had not applied for or received a patent for his groundbreaking achievement. Over the following decades uncountable others have leached out millions of barrels of salt cavern storage, particularly in the great salt domes along the U.S. Gulf Coast.

Starting in the middle of the 20th century, major oil companies began withdrawing from the retail propane business. Shell got out in the 1950s, and Mobil in the 1960s. Multistate LPG marketers—Calgas, Empire Gas, Petrolane, and National Propane—grew by absorbing hundreds of small, local distributors. Ironically, only a few of these larger distributors survived in the long run, having been absorbed by other bigger enterprises like Amerigas and Ferrellgas.

Still, at the production end, literally thousands of producers proliferated in the oil patch. The largest gas producers built gas plants and pipelines from the prolific basins around the country and offshore—where the gas was—as well as internationally. But by the end of the century, many of these assets had been sold off to independent midstream companies that could bring the strategic focus and agility that large oil and gas companies could not or would not muster for this business sector.

## International Markets and Trade

For the most part, NGL markets outside the United States developed more slowly, many 30 to 50 years later, even in the industrialized world (fig. 2–6).

Case 1:19-cv-00510-EHM Document 63-2 Filed 02/22/21 Page 15 of 16



Once available only to industrial applications, combined heat and power units (fig. 9–4), sometimes called CHP units, now come in residential and commercial building sizes. CHP units capture exhaust from the propane engine to raise the temperature of the water that circulates, in a way that heats a room. Other fluids besides water can also be used to for this purpose.

CHP units may have regulators that can operate at 120 or 240 volts and at a 60-Hz output regardless voltage output. Smaller ones are air-cooled; larger ones have a water-coolant radiator.




Fig. 9–4. Diagram of a CHP unit

## Automotive fuel

Some countries (e.g., Turkey and Poland) use liquefied petroleum gas (LPG) (sometimes propane, sometimes propane/butane mixes) more than any other fuel for their cars. In other countries (e.g., the United States), propane is only a small part of the mix. Worldwide, LPG is the third largest automotive fuel by volume, but still only 2%–3% of the total across the world. Drivers in most countries usually refer to it as autogas or autoLPG.

Propane has a few advantages over the other liquid fuels, gasoline and diesel fuel:

- Emissions of $CO_2$ are 35% less per gallon than for gasoline and even better than for diesel fuel. That calculation is complicated by the fact that propane yields fewer miles per gallon. Propane has only about 73% of the energy content of gasoline.
- Propane burns cleaner than other liquid fuels. Because of its simpler molecular structure, there are few of the trace elements that are found in gasoline and diesel that cause gunk accumulation on fuel injectors and valves.
- In many countries, governments use fuel taxes to accomplish social engineering. They lower taxes on autogas and other fuels. Combined with local market conditions, that makes the cost per mile of autogas an attractive alternative, especially in regions where natural gas prices are relatively much lower than oil prices.

ıtions, combined heat and power
ıits, now come in residential and
pture exhaust from the propane
ter that circulates, in a way that
n also be used to for this purpose.

operate at 120 or 240 volts and at
smaller ones are air-cooled; larger




ınd) use liquefied petroleum gas
ropane/butane mixes) more than
ountries (e.g., the United States),
Vorldwide, LPG is the third largest
%–3% of the total across the world.
it as autogas or autoLPG.

ıe other liquid fuels, gasoline and

r gallon than for gasoline and even
lculation is complicated by the fact
er gallon. Propane has only about
line.

liquid fuels. Because of its simpler
ew of the trace elements that are
cause gunk accumulation on fuel

use fuel taxes to accomplish social
autogas and other fuels. Combined
makes the cost per mile of autogas
ılly in regions where natural gas
han oil prices.



- Propane has an octane rating of 107, which makes it suitable for powerful high-compression engines.
- The low boiling point of propane, −43.8°F, gives propane an advantage in cold weather. In order for an internal combustion engine to start up in frigid conditions, some vapor has to be injected into the cylinder. For gasoline engines, butane will have been added to the fuel mix. For diesel engines, chemical additives help atomize the fuel injection. Propane has neither problem since it easily vaporizes at any humanly tolerable low temperature. Butane has a boiling point of 31.1°F, which might suggest problems in frigid weather, but it benefits from a symbiosis with propane in an LPG of propane/butane mix.

Not every aspect of propane as an automobile fuel is favorable, though:

- In many countries, including the United States, refueling stations are sparse, making long-distance travel problematic and refueling for casual drivers inconvenient. Using propane in commercial vehicles that return to a single location every day allows for easier refueling.
- Fuel tanks in cars generally sit in the trunk (called the "boot" in some countries) and take up storage space. Many car models are designed to run on both autogas and gasoline, switching at the turn of a dial. That, of course, calls for two fuel tanks.
- Because of the high pressure to keep propane liquid, the fuel tank requires heavy-duty construction and more weight. Also, to achieve the same range as the other fuels, the tank needs to be larger.
- Compared to other fuels, service personnel qualified to deal with propane vehicles are fewer in number, and so servicing is less convenient.
- Autogas involved in collisions is clearly a more dangerous fuel.

**Manufacturers.** Scores of companies make original-equipment autogas-fueled cars: Citroen, Fiat, Ford, Hyundai, General Motors, Suzuki, Peugeot, Renault, Sköda, Tata, Toyota, Volvo, and Volkswagen. Most of them also make the dual-fueled cars that run on autogas and gasoline.

**Vehicles.** Autogas cars have the same hardware as other internal combustion vehicles, except for the equipment for mixing the fuel with air before it enters the cylinders. Many autogas cars still use technology that has been around since the 1940s: the liquid autogas in the line from the tank goes to a converter-mixer that releases an ignitable autogas/air mixture to the engine's intake valves and then into the cylinder.