# In the United States Court of Federal Claims

PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, LLC

        Plaintiff(s),

v.

THE UNITED STATES,

        Defendant.

Case No. 19-510 T

Judge Edward H. Meyers

## NOTICE OF APPEAL

Notice is hereby given that <u>Plaintiff Philadelphia Energy Solutions Refining and Marketing, LLC</u> in the
(list all parties taking the appeal)

above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the <u>Judgment</u> entered in this action on
(describe document being appealed; e.g. final judgment, order)

<u>March 28, 2022</u>.
(filed date of document being appealed)

/s/ Armando Gomez
(Signature of Appellant or Attorney)

Armando Gomez
(Printed Name)

1440 New York Avenue, NW
(Street Address)

Washington, DC 20005
(City, State, ZIP Code)

(202) 371-7868
(Phone Number)